UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

2005 OCT 13  P 1: 23

| | |
|---|---|
| Lorenzo Johnson, #127332,<br><br>        Plaintiff,<br><br>-vs-<br><br>Dr. James E. Page; Dr. N. Gregg Dwyer; J. Stoney Drake, Counselor Overton,<br><br>        Defendants. | Civil Action No. 3:05-2184-SB<br><br>**O R D E R** |
| Lorenzo Johnson, #127332,<br><br>        Plaintiff,<br><br>-vs-<br><br>Warden White; Larry Walton; Edward Gray; Lt. McCoy; Lt. Washington; Sgt. Wright; and O.F.C. A. Brown,<br><br>        Defendants. | Civil Action No. 3:05-2185-SB<br><br>**O R D E R** |
| Lorenzo Johnson, #127332,<br><br>        Plaintiff,<br><br>-vs-<br><br>Warden White; Larry Walton; Edward Gray; Lt. Washington; Sgt. Wright; O.F.C. J. Brown; O.F.C. Rosser; O.F.C. A. Brown; O.F.C. Miller; Jon E. Ozmint; Maj. D. Beckwith; Lt. M. Gollock; and O.F.C. Jackson,<br><br>        Defendants. | Civil Action No. 3:05-2186-SB<br><br>**O R D E R** |

These matters are before the Court on the pro se Plaintiff's complaints alleging violations of his constitutional rights. By local rule, the actions were referred

to United States Magistrate Judge Joseph R. McCrorey for preliminary review.

On August 19, 2005, the Magistrate Judge issued a report in each case, recommending that all three actions be dismissed without prejudice. The report noted that the Plaintiff had already filed two actions alleging similar violations, see Civil Action No. 3:05-1057-SB-JRM, Civil Action No. 3:05-2064-SB-JRM, and that these newer cases were duplicative. Attached to the report and recommendation was a notice giving the Plaintiff ten days in which to file specific, written objections.

The Plaintiff has submitted objections in each case, but none of them can fairly be said to object to the report and recommendation. From what can be gleaned from the objections, it seems that the Plaintiff wishes to add other Defendants to his allegations. The more appropriate vehicle by which to accomplish this task is a motion to amend the complaint in the existing actions.

Based on the foregoing, it is

ORDERED that the Magistrate Judge's report and recommendation in each of these cases is affirmed and adopted; and that each of these cases is dismissed without prejudice.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

October 13, 2005
Charleston, S.C.

2